# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00302-CV

### S. G. and M. W., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY, NO. 270,956-B, JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellants S. G. and M. W. filed their notice of appeal on May 3, 2016. The appellate record was complete May 13, 2016, making appellants' brief due June 2, 2016. On June 2, 2016, counsel for appellants filed a motion for extension of time to file appellants' brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellants' brief no later than June 22, 2016. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on June 3, 2016.

Before Justices Puryear, Goodwin and Field